UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-0022-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER |
| ) | |
| ALEXANDER JONES ) | |

Upon defendant's motion to seal [DE 35 ], the Court finds good cause has been shown to

ALLOW defendant's motion; It is hereby Ordered that [DE 35 ] be Sealed and remain sealed

until such time as the Court may direct [DE 35 ] be unsealed.

So Ordered, this the _10_ day of November, 2017.

JAMES C. DEVER, III
United States District Judge