UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-CR-22-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 110) |
| ALEXANDER JONES | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 110 (Medical Records) be sealed until further notice by this Court.

This  28  day of September, 2022.

JAMES C. DEVER III
United States District Judge