IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On July 17, 2025, Alexander Jones ("Jones") filed a petition for a writ of mandamus in the United States Court of Appeals for the Fourth Circuit. Jones contends that this court has failed to act on a motion for a sentence reduction that he allegedly filed on October 3, 2023, and supplemented on February 2, 2025.

The docket does not contain such filings. Moreover, on December 21, 2021, the court denied relief under 28 U.S.C. § 2255. See [D.E. 93]. On October 18, 2022, the Fourth Circuit declined to issue a certificate of appealability [D.E. 123]. On December 6, 2022, the court denied Jones's pro se motion for compassionate release. On May 23, 2023, the Fourth Circuit affirmed [D.E. 133]. On July 18, 2025, the court denied Jones's supplemental motion for a sentence reduction under Amendment 821 [D.E. 145]. See [D.E. 146]. The United States SHALL respond to Jones's latest motion for compassionate release [D.E. 138] not later than July 28, 2025.

SO ORDERED. This 18 day of July, 2025.

4 Dever

JAMES C. DEVER III
United States District Judge