IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-22-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALEXANDER JONES, ) | |
| ) | |
| Defendant. ) | |

The court is very familiar with this case and this defendant. For the reasons stated in the government's response in opposition [D.E. 153], the court DENIES defendant's motion for compassionate release [D.E. 138]. Cf. [D.E. 93, 125].

SO ORDERED. This 29 day of September, 2025.

JAMES C. DEVER III
United States District Judge