IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-22-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER JONES, | ) | |
| | ) | |
| Defendant. | ) | |

The court is very familiar with this case. See [D.E. 24, 38, 45, 46, 50, 51, 54, 55, 93, 94, 99, 123, 124, 125, 133, 134, 146]. For the reasons stated in the United States' response in opposition to defendant's motion for compassionate release, [D.E. 153] 8–11, the court DENIES defendant's latest motion for compassionate release [D.E. 138].

SO ORDERED. This 28 day of October, 2025.

JAMES C. DEVER III
United States District Judge